```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16421
    JOHN J RECHUL
    LAURA A RECHUL                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-8654      SSN XXX-XX-3363

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/25/08 .

    2.  The case was converted to Chapter 7 without confirmation, 11/24/2008.

    3.  The Debtor paid a total of $   2025.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 4464.00 | .00 | 1763.51 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | .00 | .00 | 147.41 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ANDERSON CRENSHAW & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

```
US CELLULAR                 UNSECURED       NOT FILED              .00          .00
ROUNDUP FUNDING LLC         UNSECURED       NOT FILED              .00          .00
ZOLLER SWANSON              UNSECURED       NOT FILED              .00          .00
    Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4464.00          .00          .00          .00      4464.00
PRINCIPAL PAID      1910.92          .00          .00          .00      1910.92
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID          1910.92          .00          .00          .00      1910.92
```

The Debtor's attorney, HAROLD M SAALFELD                 , was allowed $        .00
and was paid $         .00 .

The Trustee received $     114.08 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/12/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE